NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHNATHON L. LUESING,
DOC# H25184,

      Appellant,

v.                                                      Case No. 2D18-632

STATE OF FLORIDA,

      Appellee.

)
)
)
)
)
)
)
)
)
)
)
)

Opinion filed November 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; J. Kevin Abdoney, Judge.

Johnathon L. Luesing, pro se.

PER CURIAM.

      Affirmed.

SILBERMAN, BLACK, and SALARIO, JJ., Concur.